# United States District Court
## *Southern District of Georgia*

GINO PHARMS

_____  Case No. _____6:19-cv-61_____
Plaintiff

v. CONTINENTAL SERVICE    Appearing on behalf of
GROUP, INC. d/b/a ConServe   Defendant
_____   _____
Defendant                    (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _12th_ day of _September_, _2019_.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Brendan H. Little |
| Business Address: | Lippes Mathias Wexler Friedman LLP |
| | Firm/Business Name |
| | 50 Fountain Plaza, Suite 1700 |
| | Street Address |
| | Buffalo  NY  14202 |
| | Street Address (con't)  City  State  Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2  City  State  Zip |
| | 716-853-5100    N/A |
| | Telephone Number (w/ area code)  Georgia Bar Number |
| Email Address: | blittle@lippes.com |