UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GINO PHARMS,             )
                         )
         Plaintiff,      )
                         )
v.                       )        CV619-061
                         )
CONTINENTAL SERVICE GROUP,)
INC.,                    )
                         )
         Defendant.      )

# **ORDER**

The Court directed the parties to submit, following their Rule 26(f) conference, a report "conform[ing] to the language and format of the Form Rule 26(f) Report for use in Judge Baker cases." Doc. 3 at 2. The Joint Preliminary Report and Scheduling Plan filed by the parties does not meet this requirement. Doc. 10. The parties are **DIRECTED** to resubmit their Report using the proper form and providing *all* requested information within seven days of this Order. A copy of Judge Baker's mandated form can be located on the Court's website www.gasd.uscourts.gov under "Forms."[1]

---

[1] The Form Rule 26(f) Report has been updated as of November 20, 2018. The parties must use this updated Form when filing their Report. Additionally, the updated form is a fillable Word document; when using this fillable Word document, the parties are reminded to follow the Court's procedures for electronic filings, detailed in Section VI of the Rule 26 Instruction Order. Specifically, counsel shall not print and then scan

**SO ORDERED**, this 6th day of November, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

the Rule 26(f) Report before filing but instead directly convert the completed report into a text-searchable PDF for filing.