IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GINO PHARMS, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-61 |
| v. | |
| CONTINENTAL SERVICE GROUP, INC. d/b/a CONSERVE, | |
| Defendant. | |

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice and Without Costs signed and filed by counsel for Plaintiff and counsel for Defendant on January 11, 2021, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees and costs associated with the action. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 25th day of January, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA